# United States District Court
## For The Western District of North Carolina
## Asheville Division

Jose Antonio Morozumi, Jr.,

      Petitioner,

vs.

USA,

      Respondent.

JUDGMENT IN A CIVIL CASE

1:09-cv-00393
1:07-cr-00054-1

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/13/11 Order.

Signed: December 13, 2011

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court